EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Práctica de las instituciones financieras del país referentes al uso del notario como agente de cierres y agente de seguros de título en los mismos casos en que actuán como notario; práctica de las instituciones financieras del país referentes a los gastos y honorarios notariales correspondientes en los casos de financiamiento de propiedades inmuebles | 2003 TSPR 72<br><br>159 DPR _____ |

Número del Caso: EM-2003-4


Fecha: 2/mayo/2003



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO
OFICINA DEL JUEZ PRESIDENTE


In re:

Práctica de las instituciones
financieras del país referentes
al uso del notario como agente
de cierres y agente de seguros
de título en los mismos casos          EM-2003-4
en que actúan como notario;
práctica de las instituciones
financieras del país referentes
a los gastos y honorarios
notariales correspondientes en
los casos de financiamiento
de propiedades inmuebles


RESOLUCIÓN


San Juan, Puerto Rico, a 2 de mayo de 2003

Por la presente, y a tenor con las facultades que me conceden el Artículo 61 de la Ley Notarial (Ley Núm. 75 de 2 de julio de 1987) y su Reglamento, y el poder inherente de regular la profesión legal, por recomendación de los Miembros de la Comisión Especial nombrada en la Orden EM-2003-1, tengo a bien nombrar al Lcdo. Angel González Román como Oficial Investigador de la Comisión.

El oficial Investigador podrá requerir la comparecencia de deponentes, recopilar documentos que estime pertinentes al asunto investigado, y una vez estime concluida la investigación, rendirá un Informe a la Comisión Especial de sus hallazgos, con sus recomendaciones, si lo estima necesario, de legislación o reglamentación.

Publíquese.

Lo decreta y firma,

José A. Andréu García
Juez Presidente

CERTIFICO:

Patricia Otón Olivieri
Secretaria del Tribunal Supremo